437 A.2d 1024

Commonwealth v. Johnson, Appellant.

Submitted May 27,

1981. Joseph J. Yeager, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and McEWEN, JJ.

Judgment of sentence affirmed.